# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149546(73)

MAGDICH & ASSOCIATES, PC,
      Plaintiff-Appellee,

v

                                      SC: 149546
                                        COA: 314518

NOVI DEVELOPMENT ASSOCIATES, LLC,     Oakland CC: 2012-125729-CK
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 9, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2016

a0125

Clerk